IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA HARRIS**
**#969495**                                                                                          **PLAINTIFF**

v.                          No. 3:24-cv-205-DPM

**NORTHEAST ARKANSAS COMMUNITY**
**CORRECTIONS CENTER**                                            **DEFENDANT**

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The Court directs the Clerk to stay and administratively terminate this case. Harris can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Harris doesn't file a timely motion to reopen or a status report by 3 December 2025, then the Court will reopen this case and dismiss it without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024