IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA HARRIS                                                                    PLAINTIFF
#969495

v.                                    No. 3:24-cv-205-DPM

NORTHEAST ARKANSAS COMMUNITY
CORRECTIONS CENTER                                                     DEFENDANT

ORDER

Harris hasn't filed a status report or a motion to reopen this case; and the time to do so has passed. *Doc. 5*. The Court therefore reopens the case and will dismiss Harris's complaint without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2025