## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSHUA HARRIS**                                                                 **PLAINTIFF**
**#969495**

v.                                            No. 3:24-cv-205-DPM

**NORTHEAST ARKANSAS COMMUNITY**
**CORRECTIONS CENTER**                                              **DEFENDANT**

### JUDGMENT

Harris's complaint is dismissed without prejudice.

_WAMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_8 December 2025_